**Dismiss and Opinion Filed July 12, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00881-CV**

**IN RE DAVID CHUMBLEY, Relator**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1151537**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Before the Court is relator's petition for writ of mandamus naming the district clerk as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

130881F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE